DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARK ALAN LANE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0453

_____

April 24, 2026

Appeal from the County Court for Pasco County; Anne Wansboro, Judge.

Mark Alan Lane, pro se.

Samuel B. Boundy, Assistant County Attorney, New Port Richey, for Appellee.


PER CURIAM.

    Affirmed.


KHOUZAM, ATKINSON, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.